In the Matter of the Judicial Settlement of the Account of Proceedings of RALPH PULITZER and Others, as Trustees of the Newspaper Trusts Created under Articles Seventh and Eighth of the Last Will and Testament Dated April 16th, 1904, as Modified by Article Sixth of the Codicil Dated March 23d, 1909, by Article IV of the Codicil Dated May 11th, 1910, and by Article Third of the Codicil Dated July 12th, 1911, of JOSEPH PULITZER, Late of the County of New York,

Deceased.— Decree so far as appealed from affirmed, with such costs and allowances to any party as may be awarded by the surrogate pursuant to section 278, Surrogate's Court Act. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ. [152 Misc. 554.]